AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thapar, Amul R. | U.S. Court of Appeals for the Sixth Circuit | 07/27/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

United States District Court
35 W. Fifth Street
Covington, Kentucky 41011

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Heyburn Initiative for Judicial Excellence |
| 2. | Trustee | Centre College |
| 3. | Advisory Board Member | Berkeley Judicial Institute |
| 4. | Member | American Law Insitute |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | University of Virginia Law School | $13,701.00 |
| 2. | 2020 | Notre Dame Law School | $15,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Self-employed Real Estate Agent -- commissions on sales and rentals |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Antonin Scalia Law School | 1/9/20 to 1/12/20 | Naples, FL | Seminar participant | Travel, meals, hotel |
| 2. | University of Virginia Law School | 1/13/20 to 1/16/20 | Charlottesville, VA | Teaching | Travel, meals, lodging |
| 3. | Federalist Society | 1/24/20 to 1/26/20 | Simi Valley, CA | Speaker | Travel, meal, lodging |
| 4. | BYU Law School | 2/4/20 to 2/6/20 | Provo, UT | Seminar participat | Travel, meals, hotel |
| 5. | Federalist Society | 2/18/20 to 2/19/20 | Tuscaloosa, AL | Speaker | Travel, meals, hotel |
| 6. | Federalist Society | 3/3/20 | Columbus, OH | Speaker | Travel |
| 7. | Federalist Society | 7/22/20 to 7/26/20 | Amelia Island, FL | Speaker | Travel, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thapar, Amul R.** | 07/27/2021 |

| | | | | | |
|---|---|---|---|---|---|
| 8. | The Claremont Institute | 8/17/20 to 8/19/20 | Newport, CA | Speaker | Travel, meals, hotel |
| 9. | Notre Dame Law School | 10/25/20 to 10/30/20 | South Bend, IN | Teaching | Travel, meals, hotel |
| 10. | Federalist Society | 11/15/20 to 11/17/20 | New Haven, CT | Speaker | Travel, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Capital One | A | Interest | K | T | | | | | |
| 2.   TD Ameritrade (Ameritrade Money Market) | A | Interest | K | T | | | | | |
| 3.   Fifth Third Bank (Checking Acct.) | A | Interest | J | T | | | | | |
| 4.   US Bank (Checking and Savings Acct) | A | Interest | J | T | | | | | |
| 5.   Vanguard Windsor Portfolio | A | Dividend | L | T | | | | | |
| 6.   Vanguard Mid-Cap Index Portfolio | A | Dividend | J | T | | | | | |
| 7.   Vanguard Small-Cap Index | A | Dividend | J | T | | | | | |
| 8.   Vanguard Total International Stock Index | A | Dividend | J | T | | | | | |
| 9.   Vanguard Total Stock Market Portfolio | A | Dividend | J | T | | | | | |
| 10.  Vanguard Aggressive Age Based Fund | A | Dividend | K | T | | | | | |
| 11.  Vanguard Conservative Age Based Portfolio | A | Dividend | J | T | | | | | |
| 12.  Vanguard Moderate Age Based Portfolio | A | Dividend | J | T | | | | | |
| 13.  Vangard Commencement Portfolio | A | Dividend | K | T | | | | | |
| 14.  Vanguard Target Enrollment 2020/2021 | A | Dividend | K | T | | | | | |
| 15.  Apple Inc. (AAPL) Common | A | Dividend | J | T | | | | | |
| 16. | | | | | Buy | 7/31/20 | J | | |
| 17. | | | | | Sold (part) | 9/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/29/20 | J | | |
| 19. | | | | T | Sold (part) | 12/21/20 | J | | |
| 20. | | | | T | Sold (part) | 12/28/20 | J | | |
| 21. Axon Enterprises Inc (AAXN) | None | J | T | | Buy | 4/14/20 | J | | |
| 22. | | | | | Buy | 05/13/20 | J | | |
| 23. | | | | | Buy | 05/13/20 | J | | |
| 24. | | | | | Buy | 06/11/20 | J | | |
| 25. | | | | | Buy | 04/15/20 | J | | |
| 26. | | | | | Sold (part) | 09/21/20 | J | | |
| 27. Abbott Laboratories (ABT) | None | | | | Buy | 03/30/20 | J | | |
| 28. | | | | | Sold (part) | 04/07/20 | J | | |
| 29. | | | | | Sold | 04/08/20 | J | | |
| 30. Amazon.com Inc (AMZN) | None | J | T | | | | | | |
| 31. Agora, Inc (API) | None | | | | Buy | 07/30/20 | J | | |
| 32. | | | | | Buy | 08/17/20 | J | | |
| 33. | | | | | Sold | 11/12/20 | J | | |
| 34. Appian Corp (APPN) | None | | | | Buy | 05/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold | 07/02/20 | J | | |
| 36. ARK ETF TR Genomic Rev ETF (ARKG) | A | Dividend | J | T | Buy | 12/23/20 | J | | |
| 37. | | | | | Buy | 12/29/20 | J | | |
| 38. | | | | | Buy | 08/20/20 | J | | |
| 39. | | | | | Buy | 09/03/20 | J | | |
| 40. | | | | | Buy | 12/16/20 | J | | |
| 41. Alteryx Inc (AYX) | | None | | | Buy | 05/06/20 | J | | |
| 42. | | | | | Buy | 06/22/20 | J | | |
| 43. | | | | | Sold | 9/28/20 | J | | |
| 44. | | | | | Buy | 05/06/20 | J | | |
| 45. | | | | | Sold | 09/24/20 | J | | |
| 46. Beam Therapeutics Inc (BEAM) | | None | J | T | Buy | 06/12/20 | J | | |
| 47. Roundhill Sports Betting & Gaming ETF (BETZ) | | None | | | Buy | 06/08/20 | J | | |
| 48. | | | | | Sold | 08/13/20 | J | | |
| 49. Bilibili Inc ( BILI) | | None | | | Buy | 05/18/20 | J | | |
| 50. | | | | | Sold | 05/22/20 | J | | |
| 51. Blacklline Inc (BL) | | None | | | Buy | 06/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 06/04/20 | J | | |
| 53. | | | | | Buy | 08/27/20 | J | | |
| 54. | | | | | Buy | 09/04/20 | J | | |
| 55. | | | | | Sold | 09/28/20 | J | | |
| 56. Blue Prism Group (BPRMF) | None | | | | Buy | 07/14/20 | J | | |
| 57. | | | | | Sold | 08/03/20 | J | | |
| 58. Berkshire Hathaway Cl B (BRK.B) | None | J | T | | Buy | 03/09/20 | J | | |
| 59. | | | | | Sold (part) | 04/29/20 | J | | |
| 60. | | | | | Sold (part) | 06/03/20 | J | | |
| 61. | | | | | Sold (part) | 06/05/20 | J | | |
| 62. | | | | | Sold (part) | 06/12/20 | J | | |
| 63. | | | | | Sold (part) | 07/02/20 | J | | |
| 64. | | | | | Sold (part) | 08/03/20 | J | | |
| 65. | | | | | Sold (part) | 08/03/20 | J | | |
| 66. | | | | | Sold (part) | 08/06/20 | J | | |
| 67. | | | | | Sold (part) | 08/11/20 | J | | |
| 68. | | | | | Sold (part) | 03/23/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 06/11/20 | J | | |
| 70. | | | | | Sold<br>(part) | 08/20/20 | J | | |
| 71. | | | | | Sold<br>(part) | 09/28/20 | J | | |
| 72. | | | | | Sold<br>(part) | 03/19/20 | J | | |
| 73. | | | | | Sold<br>(part) | 03/25/20 | J | | |
| 74. | | | | | Sold<br>(part) | 06/22/20 | J | | |
| 75. Beyond Meats (BYND) | | None | | | Buy | 04/27/20 | J | | |
| 76. | | | | | Buy | 05/07/20 | J | | |
| 77. | | | | | Sold | 07/02/20 | J | | |
| 78. Chewy Inc (CHWY) | | None | J | T | Buy | 05/04/20 | J | | |
| 79. | | | | | Buy | 05/05/20 | J | | |
| 80. | | | | | Buy | 06/08/20 | J | | |
| 81. Chipotle Mexican Grill Inc (CMG) | | None | J | T | Sold<br>(part) | 07/20/20 | J | | |
| 82. Costco Wholesale Corp (COST) | | None | J | T | Buy | 05/15/20 | J | | |
| 83. | A | Dividend | | | Buy | 05/15/20 | J | | |
| 84. | | | | | Sold<br>(part) | 10/06/20 | J | | |
| 85. Coupa Software Inc (COUP) | | None | | | Buy | 06/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 09/28/20 | J | | |
| 87. CRISPR Therapeutics AG (CRSP) | | None | J | T | Buy | 06/11/20 | J | | |
| 88. Crowdstrike Holdings (CRWD) | | None | J | T | Buy | 04/17/20 | J | | |
| 89. | | | | | Buy | 06/01/20 | J | | |
| 90. | | | | | Buy | 06/22/20 | J | | |
| 91. | | | | | Buy | 07/06/20 | J | | |
| 92. | | | | | Buy | 07/24/20 | J | | |
| 93. | | | | | Buy | 08/03/20 | J | | |
| 94. | | | | | Buy | 08/07/20 | J | | |
| 95. | | | | | Buy | 10/12/20 | J | | |
| 96. | | | | | Buy | 10/21/20 | J | | |
| 97. | | | | | Buy | 10/23/20 | J | | |
| 98. | | | | | Buy | 12/04/20 | J | | |
| 99. | | | | | Buy | 04/17/20 | J | | |
| 100. | | | | | Buy | 06/01/20 | J | | |
| 101. | | | | | Buy | 06/26/20 | J | | |
| 102. | | | | | Buy | 07/16/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 08/07/20 | J | | |
| 104. | | | | | Buy | 09/06/20 | J | | |
| 105. | | | | | Buy | 10/07/20 | J | | |
| 106. | | | | | Buy | 10/14/20 | J | | |
| 107. | | | | | Buy | 10/21/20 | J | | |
| 108. Datadog Inc (DDOG) | None | J | T | | Buy | 06/22/20 | J | | |
| 109. | | | | | Buy | 07/24/20 | J | | |
| 110. | | | | | Buy | 08/04/20 | J | | |
| 111. | | | | | Buy | 08/07/20 | J | | |
| 112. | | | | | Buy | 09/03/20 | J | | |
| 113. | | | | | Buy | 04/16/20 | J | | |
| 114. | | | | | Buy | 06/11/20 | J | | |
| 115. | | | | | Buy | 06/24/20 | J | | |
| 116. | | | | | Buy | 07/13/20 | J | | |
| 117. | | | | | Buy | 07/16/20 | J | | |
| 118. | | | | | Buy | 08/07/20 | J | | |
| 119. | | | | | Buy | 08/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. The Walt Disney Company (DIS) | | None | J | T | Buy | 03/17/20 | J | | |
| 121. | | | | | Sold<br>(part) | 09/28/20 | J | | |
| 122. | | | | | Buy | 03/17/20 | J | | |
| 123. | | | | | Buy | 03/17/20 | J | | |
| 124. | | | | | Buy | 03/17/20 | J | | |
| 125. | | | | | Sold<br>(part) | 09/28/20 | J | | |
| 126. | | | | | Buy | 03/23/20 | J | | |
| 127. Draftkings Inc (DKNG) | | None | J | T | Buy | 05/18/20 | J | | |
| 128. | | | | | Buy | 06/03/20 | J | | |
| 129. | | | | | Buy | 07/06/20 | J | | |
| 130. | | | | | Buy | 07/06/20 | J | | |
| 131. | | | | | Buy | 07/06/20 | J | | |
| 132. | | | | | Buy | 07/07/20 | J | | |
| 133. | | | | | Buy | 07/13/20 | J | | |
| 134. Dunkin Brands Group Inc (DNKN) | | None | | | Buy | 04/03/20 | J | | |
| 135. | A | Dividend | | | | | | | |
| 136. | | | | | Sold | 11/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Docusign Inc (DOCU) | | None | J | T | Buy | 10/30/20 | J | | |
| 138. | | | | | Buy | 11/10/20 | J | | |
| 139. | | | | | Buy | 06/22/20 | J | | |
| 140. | | | | | Buy | 07/13/20 | J | | |
| 141. | | | | | Sold<br>(part) | 09/28/20 | J | | |
| 142. | | | | | Buy | 11/10/20 | J | | |
| 143. | | | | | Buy | 04/13/20 | J | | |
| 144. | | | | | Buy | 06/04/20 | J | | |
| 145. | | | | | Sold<br>(part) | 09/28/20 | J | | |
| 146. | | | | | Buy | 06/04/20 | J | | |
| 147. | | | | | Buy | 06/19/20 | J | | |
| 148. | | | | | Buy | 07/07/20 | J | | |
| 149. | | | | | Buy | 07/13/20 | J | | |
| 150. | | | | | Buy | 08/24/20 | J | | |
| 151. | | | | | Buy | 10/21/20 | J | | |
| 152.  Editas Medicine Inc(EDIT) | | None | J | T | Buy | 06/11/20 | J | | |
| 153.  EtsyInc (ETSY) | | None | J | T | Buy | 12/21/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy | 07/29/20 | J | | |
| 155. | | | | | Buy | 09/17/20 | J | | |
| 156. | | | | | Buy | 08/06/20 | J | | |
| 157. | | | | | Buy | 08/26/20 | J | | |
| 158. | | | | | Buy | 10/12/20 | J | | |
| 159. | | | | | Buy | 10/20/20 | J | | |
| 160. | | | | | Buy | 10/21/20 | J | | |
| 161. | | | | | Buy | 09/06/20 | J | | |
| 162. Ever Quote Inc (EVER) | | None | | | Buy | 6/11/20 | J | | |
| 163. | | | | | Sold | 7/20/20 | J | | |
| 164. Facebook (FB) | | None | | | Buy | 3/27/20 | J | | |
| 165. | | | | | Buy | 06/22/20 | J | | |
| 166. | | | | | Sold (part) | 09/28/20 | J | | |
| 167. | | | | | Sold | 10/14/20 | J | | |
| 168. Fastly Inc (FSLY) | | None | J | T | Buy | 9/11/20 | J | | |
| 169. | | | | | Buy | 09/11/20 | J | | |
| 170. | | | | | Buy | 09/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 10/07/20 | J | | |
| 172. | | | | | Buy | 07/24/20 | J | | |
| 173. | | | | | Buy | 08/05/20 | J | | |
| 174. | | | | | Buy | 08/07/20 | J | | |
| 175. | | | | | Sold (part) | 12/04/20 | J | | |
| 176. | | | | | Buy | 05/22/20 | J | | |
| 177. | | | | | Buy | 07/06/20 | J | | |
| 178. | | | | | Buy | 07/14/20 | J | | |
| 179. | | | | | Buy | 05/26/20 | J | | |
| 180. | | | | | Buy | 08/04/20 | J | | |
| 181. | | | | | Buy | 09/03/20 | J | | |
| 182. | | | | | Sold (part) | 10/21/20 | J | | |
| 183. | | | | | Buy | 7/30/20 | J | | |
| 184. | | | | | Buy | 8/6/20 | J | | |
| 185. | | | | | Buy | 8/7/20 | J | | |
| 186. | | | | | Buy | 9/3/20 | J | | |
| 187. | | | | | Buy | 9/4/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Buy | 9/11/20 | J | | |
| 189. | | | | | Buy | 10/14/20 | J | | |
| 190. | | | | | Sold<br>(part) | 11/12/20 | J | | |
| 191.  Fubo TV (FUBO) | None | J | T | | Buy | 12/31/20 | J | | |
| 192. | | | | | Buy | 12/17/20 | J | | |
| 193. | | | | | Buy | 12/21/20 | J | | |
| 194.  Fiverr International (FVRR) | None | J | T | | Buy | 11/12/20 | J | | |
| 195.  GAN Limited | None | | | | Buy | 06/26/20 | J | | |
| 196. | | | | | Sold | 10/29/20 | J | | |
| 197.  Gaurdant Health Inc (GH) | None | | | | Buy | 05/26/20 | J | | |
| 198. | | | | | Buy | 6/4/20 | J | | |
| 199. | | | | | Buy | 8/11/20 | J | | |
| 200. | | | | | Sold | 9/28/20 | J | | |
| 201.  Globus Medical Inc (GMED) | None | | | | Buy | 5/21/20 | J | | |
| 202. | | | | | Sold | 07/2/20 | J | | |
| 203.  Insu Acquistions Corp (INAQ) | None | J | T | | Buy | 12/02/20 | J | | |
| 204. | | | | | Buy | 12/02/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4)<br>2  Value Codes<br>(See Columns C1 and D3)<br><br>3  Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  Intuit Inc (INTU) | A | Dividend | | | Buy | 3/27/20 | J | | |
| 206. | | | | | Sold | 9/10/20 | J | | |
| 207.  Social Capital Hedosophia Hldgs (IPOB) | | None | J | T | Buy | 9/17/20 | J | | |
| 208. | | | | | Buy | 10/08/20 | J | | |
| 209. | | | | | Buy | 10/30/20 | J | | |
| 210. | | | | | Buy | 9/16/20 | J | | |
| 211. | | | | | Buy | 10/06/20 | J | | |
| 212. | | | | | Buy | 12/02/20 | J | | |
| 213. | | | | | Buy | 12/16/20 | J | | |
| 214.  JD.COM Inc (JD) | | None | | | Buy | 03/23/20 | J | | |
| 215. | | | | | Buy | 05/07/20 | J | | |
| 216. | | | | | Sold | 05/22/20 | J | | |
| 217.  Jumia Technologies (JMIA) | | None | J | T | Buy | 08/04/20 | J | | |
| 218. | | | | | Buy | 09/03/20 | J | | |
| 219. | | | | | Sold<br>(part) | 11/24/20 | J | | |
| 220. | | | | | Buy | 06/22/20 | J | | |
| 221. | | | | | Buy | 07/23/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Koala Corp (KARE) | | None | J | T | | | | | |
| 223. Luckin Coffee (LKNCY) | | None | | | Buy | 03/23/20 | J | | |
| 224. | | | | | Buy | 03/27/20 | J | | |
| 225. | | | | | Buy | 04/02/20 | J | | |
| 226. | | | | | Sold (part) | 04/02/20 | J | | |
| 227. | | | | | Sold | 09/28/20 | J | | |
| 228. Lemonade Inc (LMND) | | None | J | T | Buy | 09/18/20 | J | | |
| 229. | | | | | Buy | 12/21/20 | J | | |
| 230. Livongo Health Inc (LVGO) | A | Dividend | | | Buy | 04/08/20 | J | | |
| 231. | | | | | Buy | 04/17/20 | J | | |
| 232. | | | | | Buy | 05/15/20 | J | | |
| 233. | | | | | Buy | 05/31/20 | J | | |
| 234. | | | | | Buy | 06/22/20 | J | | |
| 235. | | | | | Buy | 07/07/20 | J | | |
| 236. | | | | | Buy | 04/06/20 | J | | |
| 237. | | | | | Buy | 04/30/20 | J | | |
| 238. | | | | | Buy | 06/02/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy | 06/24/20 | J | | |
| 240. | | | | | Buy | 08/11/20 | J | | |
| 241. | | | | | Sold | 11/04/20 | J | | |
| 242.  Mastercard (MA | A | Dividend | J | T | Buy | 03/23/20 | J | | |
| 243. | | | | | Buy | 04/01/20 | J | | |
| 244. | | | | | Buy | 04/13/20 | J | | |
| 245. | | | | | Sold (part) | 12/16/20 | J | | |
| 246.  McDonalds (MCD) | | None | J | T | Sold (part) | 08/04/20 | J | | |
| 247.  Mongo DB Inc | | None | | | Buy | 04/21/20 | J | | |
| 248. | | | | | Sold | 09/28/20 | J | | |
| 249. | | | | | Buy | 05/18/20 | J | | |
| 250. | | | | | Sold | 08/24/20 | J | | |
| 251.  Mercadolibre Inc (MELI) | | None | J | T | Buy | 03/30/20 | J | | |
| 252. | | | | | Buy | 04/01/20 | J | | |
| 253. | | | | | Buy | 07/29/20 | J | | |
| 254. | | | | | Buy | 03/27/20 | J | | |
| 255. | | | | | Buy | 06/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  Magnite Inc (MGNI) | | None | J | T | Buy | 11/20/20 | J | | |
| 257. | | | | | Buy | 11/24/20 | J | | |
| 258.  MP Materials Corp (MP) | | None | J | T | Buy | 11/24/20 | J | | |
| 259.  Cloudflare (NET) | | None | J | T | Buy | 08/03/20 | J | | |
| 260. | | | | | Buy | 08/10/20 | J | | |
| 261. | | | | | Buy | 09/03/20 | J | | |
| 262. | | | | | Buy | 10/23/20 | J | | |
| 263. | | | | | Buy | 10/21/20 | J | | |
| 264. | | | | | Buy | 08/03/20 | J | | |
| 265.  NIO Inc (NIO) | | None | J | T | Buy | 10/14/20 | J | | |
| 266.  Nike Inc (NKE) | A | Dividend | J | T | | | | | |
| 267.  Nano X Imaging (NNOX) | | None | J | T | Buy | 09/15/20 | J | | |
| 268. | | | | | Buy | 09/17/20 | J | | |
| 269. | | | | | Buy | 09/10/20 | J | | |
| 270.  Service Now Inc (NOW) | | None | | | Buy | 05/07/20 | J | | |
| 271. | | | | | Sold | 07/02/20 | J | | |
| 272.  Intellia Therapeutics (NTLA) | | None | J | T | Buy | 06/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  Nova Cure Limited (NVCR) | | None | | | Buy | 05/05/20 | J | | |
| 274. | | | | | Buy | 06/04/20 | J | | |
| 275. | | | | | Sold | 07/02/20 | J | | |
| 276.  Nvidia (NVDA) | A | Dividend | J | T | | | | | |
| 277.  Invitae Corp (NVTA) | | None | J | T | Buy | 06/11/20 | J | | |
| 278.  Okta Inc (OKTA) | | None | J | T | Buy | 06/22/20 | J | | |
| 279. | | | | | Buy | 09/04/20 | J | | |
| 280. | | | | | Buy | 12/29/20 | J | | |
| 281.  Opendoor Technologies (OPEN) | | None | J | T | Buy | 12/23/20 | J | | |
| 282.  Penn National Gaming (PENN) | | None | | | Buy | 03/18/20 | J | | |
| 283. | | | | | Sold | 03/25/20 | J | | |
| 284.  Pintrest Inc (PINS) | | None | J | T | Buy | 03/31/20 | J | | |
| 285. | | | | | Buy | 06/04/20 | J | | |
| 286. | | | | | Buy | 10/02/20 | J | | |
| 287.  Pershing Square Tontine Holdings (PSTH) | | None | | | Buy | 07/24/20 | J | | |
| 288. | | | | | Sold | 10/29/20 | J | | |
| 289.  Peloton Interactive Inc (PTON) | | None | J | T | Buy | 08/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy | 09/10/20 | J | | |
| 291. | | | | | Buy | 09/17/20 | J | | |
| 292. | | | | | Buy | 09/24/20 | J | | |
| 293. | | | | | Buy | 10/23/20 | J | | |
| 294. | | | | | Buy | 11/06/20 | J | | |
| 295. | | | | | Buy | 09/14/20 | J | | |
| 296. | | | | | Buy | 10/26/20 | J | | |
| 297. | | | | | Buy | 10/21/20 | J | | |
| 298. | | | | | Buy | 10/22/20 | J | | |
| 299. | | | | | Buy | 10/26/20 | J | | |
| 300. | | | | | Buy | 09/22/20 | J | | |
| 301. | | | | | Buy | 10/20/20 | J | | |
| 302. | | | | | Buy | 10/21/20 | J | | |
| 303. | | | | | Buy | 11/10/20 | J | | |
| 304. Paypal | | None | J | T | Buy | 03/20/20 | J | | |
| 305. Quidel Corp QDEL | | None | | | Buy | 09/04/20 | J | | |
| 306. | | | | | Sold | 09/28/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy | 05/12/20 | J | | |
| 308. | | | | | Buy | 05/22/20 | J | | |
| 309. | | | | | Buy | 06/05/20 | J | | |
| 310. | | | | | Sold | 07/02/20 | J | | |
| 311. Redfin Corp (RDFN) | | None | J | T | Buy | 06/30/20 | J | | |
| 312. | | | | | Buy | 07/01/20 | J | | |
| 313. | | | | | Buy | 07/07/20 | J | | |
| 314. | | | | | Buy | 07/10/20 | J | | |
| 315. | | | | | Buy | 07/26/20 | J | | |
| 316. | | | | | Buy | 08/27/20 | J | | |
| 317. | | | | | Buy | 10/16/20 | J | | |
| 318. Roku Inc (ROKU) | | None | J | T | Buy | 05/29/20 | J | | |
| 319. | | | | | Buy | 06/22/20 | J | | |
| 320. | | | | | Buy | 09/03/20 | J | | |
| 321. | | | | | Buy | 10/13/20 | J | | |
| 322. Starbucks Corp (SBUX) | A | Dividend | | | Buy | 03/23/20 | J | | |
| 323. | | | | | Buy | 03/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. | | | | | Buy | 03/27/20 | J | | |
| 325. | | | | | Sold | 06/11/20 | J | | |
| 326.  Sea Limited ADR (SE) | None | J | T | | Buy | 07/14/20 | J | | |
| 327. | | | | | Buy | 05/06/20 | J | | |
| 328. | | | | | Buy | 07/29/20 | J | | |
| 329. | | | | | Buy | 08/20/20 | J | | |
| 330. | | | | | Buy | 05/14/20 | J | | |
| 331. | | | | | Buy | 06/22/20 | J | | |
| 332. | | | | | Buy | 07/23/20 | J | | |
| 333. | | | | | Buy | 08/07/20 | J | | |
| 334. | | | | | Buy | 09/24/20 | J | | |
| 335.  Stitch Fix Inc (SFIX) | None | J | T | | Buy | 03/26/20 | J | | |
| 336. | | | | | Sold<br>(part) | 10/01/20 | J | | |
| 337.  Shopify Inc (SHOP) | None | J | T | | Buy | 03/16/20 | J | | |
| 338. | | | | | Buy | 04/02/20 | J | | |
| 339. | | | | | Buy | 06/08/20 | J | | |
| 340. | | | | | Buy | 09/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. | | | | | Buy | 04/02/20 | J | | |
| 342. | | | | | Buy | 10/29/20 | J | | |
| 343. Virgin Galactic Holdings Inc (SPCE) | | None | J | T | Buy | 03/31/20 | J | | |
| 344. | | | | | Sold<br>(part) | 09/28/20 | J | | |
| 345. | | | | | Buy | 03/31/20 | J | | |
| 346. | | | | | Sold<br>(part) | 07/20/20 | J | | |
| 347. Spyder (SPY) | A | Dividend | | | Sold | 05/11/20 | J | | |
| 348. SPDR Series Trust Portfolio S&P 500 ETF<br>(SPYG) | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 349. | | | | | Buy | 02/28/20 | J | | |
| 350. | | | | | Sold<br>(part) | 04/17/20 | J | | |
| 351. | | | | | Buy | 03/12/20 | J | | |
| 352. | | | | | Buy | 03/23/20 | J | | |
| 353. | | | | | Sold<br>(part) | 03/25/20 | J | | |
| 354. Square Inc (SQ) | | None | J | T | Buy | 04/16/20 | J | | |
| 355. | | | | | Buy | 05/12/20 | J | | |
| 356. | | | | | Buy | 10/30/20 | J | | |
| 357. | | | | | Buy | 04/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy | 04/16/20 | J | | |
| 359. | | | | | Buy | 04/21/20 | J | | |
| 360. | | | | | Buy | 06/22/20 | J | | |
| 361. | | | | | Buy | 10/12/20 | J | | |
| 362. | | | | | Buy | 10/21/20 | J | | |
| 363. Suro Capital (SSSS) | A | Dividend | | | Buy | 07/13/20 | J | | |
| 364. | | | | | Sold | 09/16/20 | J | | |
| 365. Shot Spotter Inc (SSTI) | | None | | | Buy | 04/20/20 | J | | |
| 366. | | | | | Buy | 05/01/20 | J | | |
| 367. | | | | | Buy | 05/01/20 | J | | |
| 368. | | | | | Buy | 05/08/20 | J | | |
| 369. | | | | | Sold (part) | 09/28/20 | J | | |
| 370. | | | | | Buy | 04/20/20 | J | | |
| 371. | | | | | Sold | 10/29/20 | J | | |
| 372. Stoneco LTD (STNE) | | None | J | T | Buy | 05/05/20 | J | | |
| 373. | | | | | Buy | 06/22/20 | J | | |
| 374. | | | | | Buy | 07/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. | | | | | Buy | 08/21/20 | J | | |
| 376. | | | | | Buy | 08/26/20 | J | | |
| 377.  Store Capital Corp (STOR) | None | | | | Buy | 04/28/20 | J | | |
| 378. | | | | | Sold | 06/22/20 | J | | |
| 379.  Teladoc Health Inc | None | | J | T | Buy | 08/11/20 | J | | |
| 380. | | | | | Buy | 08/19/20 | J | | |
| 381. | | | | | Buy | 09/04/20 | J | | |
| 382. | | | | | Buy | 10/08/20 | J | | |
| 383. | | | | | Buy | 10/30/20 | J | | |
| 384. | | | | | Buy | 11/10/20 | J | | |
| 385. | | | | | Buy | 08/24/20 | J | | |
| 386. | | | | | Buy | 08/27/20 | J | | |
| 387. | | | | | Buy | 09/04/20 | J | | |
| 388. | | | | | Buy | 10/30/20 | J | | |
| 389. | | | | | Buy | 08/24/20 | J | | |
| 390.  Atlassain Corp Inc (TEAM) | None | | | | Buy | 04/21/20 | J | | |
| 391. | | | | | Buy | 05/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold | 08/03/20 | J | | |
| 393.  Transmedics Group Inc (TMDX) | | None | J | T | Buy | 05/12/20 | J | | |
| 394. | | | | | Buy | 05/27/20 | J | | |
| 395. | | | | | Buy | 09/29/20 | J | | |
| 396. | | | | | Buy | 09/22/20 | J | | |
| 397. | | | | | Buy | 05/08/20 | J | | |
| 398. | | | | | Buy | 05/27/20 | J | | |
| 399.  Tesla Inc (TSLA) | | None | J | T | Buy | 03/09/20 | J | | |
| 400. | | | | | Buy | 03/12/20 | J | | |
| 401. | | | | | Buy | 03/17/20 | J | | |
| 402. | | | | | Sold (part) | 03/19/20 | J | | |
| 403. | | | | | Sold (part) | 04/17/20 | J | | |
| 404. | | | | | Buy | 03/16/20 | J | | |
| 405. | | | | | Buy | 08/12/20 | J | | |
| 406. | | | | | Sold (part) | 12/16/20 | J | | |
| 407. | | | | | Buy | 09/10/20 | J | | |
| 408.  The Trade Desk (TTD) | | None | J | T | Buy | 09/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. | | | | | Buy | 03/27/20 | J | | |
| 410. | | | | | Buy | 03/31/20 | J | | |
| 411. | | | | | Buy | 04/02/20 | J | | |
| 412. | | | | | Buy | 05/13/20 | J | | |
| 413. | | | | | Buy | 04/01/20 | J | | |
| 414. | | | | | Buy | 04/01/20 | J | | |
| 415. | | | | | Buy | 05/27/20 | J | | |
| 416. | | | | | Buy | 09/17/20 | J | | |
| 417. | | | | | Buy | 04/16/20 | J | | |
| 418. | | | | | Buy | 03/31/20 | J | | |
| 419. | | | | | Buy | 04/01/20 | J | | |
| 420. | | | | | Buy | 04/01/20 | J | | |
| 421. | | | | | Buy | 04/21/20 | J | | |
| 422. Twilio Inc (TWLO) | None | | J | T | Buy | 04/08/20 | J | | |
| 423. | | | | | Buy | 04/07/20 | J | | |
| 424. | | | | | Buy | 05/18/20 | J | | |
| 425. | | | | | Sold<br>(part) | 09/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thapar, Amul R.** | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426.  Unity Software (U) | | None | J | T | Buy | 10/23/20 | J | | |
| 427.  Under Armour (UAA) | | None | | | Sold | 06/22/20 | J | | |
| 428.  Proshares Trust Ultrapro Dow 30 (UDOW) | A | Dividend | | | Buy | 03/06/20 | J | | |
| 429. | | | | | Buy | 03/09/20 | J | | |
| 430. | | | | | Buy | 03/12/20 | J | | |
| 431. | | | | | Buy | 03/16/20 | J | | |
| 432. | | | | | Buy | 03/23/20 | J | | |
| 433. | | | | | Sold<br>(part) | 03/25/20 | J | | |
| 434. | | | | | Sold | 06/08/20 | J | | |
| 435.  Utla Beauty Inc(ULTA) | | None | J | T | Buy | 03/23/20 | J | | |
| 436. | | | | | Buy | 03/27/20 | J | | |
| 437. | | | | | Buy | 05/14/20 | J | | |
| 438.  U S Bancorp (USB) | | None | | | Buy | 06/10/20 | J | | |
| 439. | | | | | Sold | 06/22/20 | J | | |
| 440.  Verizon Communications (VZ) | A | Dividend | | | Buy | 03/03/20 | J | | |
| 441. | | | | | Sold | 06/22/20 | J | | |
| 442.  Wells Fargo & Co (WFC) | A | Dividend | | | Buy | 03/24/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy | 04/01/20 | J | | |
| 444. | | | | | Sold | 06/22/20 | J | | |
| 445. Wingstop Inc (WING) | A | Dividend | J | T | Buy | 08/11/20 | J | | |
| 446. | | | | | Buy | 09/03/20 | J | | |
| 447. | | | | | Buy | 10/30/20 | J | | |
| 448. Slack Technologies (WORK) | | None | | | Buy | 03/17/20 | J | | |
| 449. | | | | | Buy | 04/02/20 | J | | |
| 450. | | | | | Buy | 06/03/20 | J | | |
| 451. | | | | | Buy | 06/08/20 | J | | |
| 452. | | | | | Buy | 04/02/20 | J | | |
| 453. | | | | | Buy | 07/20/20 | J | | |
| 454. | | | | | Sold (part) | 09/28/20 | J | | |
| 455. | | | | | Sold (part) | 11/24/20 | J | | |
| 456. | | | | | Sold | 11/25/20 | J | | |
| 457. Wrap Technologies (WRTC) | | None | | | Buy | 08/25/20 | J | | |
| 458. | | | | | Sold | 09/28/20 | J | | |
| 459. Zoom Video Communications (ZM) | | None | J | T | Buy | 06/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 07/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy | 07/24/20 | J | | |
| 461. | | | | | Buy | 07/29/20 | J | | |
| 462. | | | | | Buy | 08/04/20 | J | | |
| 463. | | | | | Buy | 10/12/20 | J | | |
| 464. | | | | | Buy | 11/11/20 | J | | |
| 465. | | | | | Buy | 12/30/20 | J | | |
| 466. | | | | | Buy | 12/31/20 | J | | |
| 467. | | | | | Buy | 06/05/20 | J | | |
| 468. | | | | | Buy | 07/08/20 | J | | |
| 469. | | | | | Buy | 03/17/20 | J | | |
| 470. | | | | | Buy | 06/05/20 | J | | |
| 471. | | | | | Buy | 08/04/20 | J | | |
| 472. | | | | | Buy | 07/15/20 | J | | |
| 473. | | | | | Buy | 10/14/20 | J | | |
| 474. | | | | | Sold (part) | 07/20/20 | J | | |
| 475. Zynga Inc (ZNGA) | | None | | | Buy | 03/16/20 | J | | |
| 476. | | | | | Sold | 03/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thapar, Amul R.** | 07/27/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Vanguard Mutual Funds are all part of a 529 plan.  We invest monthly in the plans, but the monthly amounts invested are less than the reporting requirement.

Vanguard converted the Vanguard Aggressive Age-Based to the enrollment target year commencement portfolio and the target enrollment fund.  Vanguard eliminated the Age-Based plan for its own 529 plan. The fund still exists in Ohio's 529 where we hold it.

We also used portions of the 529 to pay for the ███ college tuition.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amul R. Thapar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544